SHAW, Respondent, v. TABERNICKLE BAPTIST CHURCH, Appellant. (City Court of New York, General Term. October 29, 1895.) Action by Thomas Shaw against Tabernickle Baptist Church. R. M. Williams, for appellant. Thornall & Pierce, for respondent.

FITZSIMONS, J. As it appears to us, only questions of fact were involved in this action. All of them were properly submitted to the jury, and duly passed upon by them, adversely to the defendant. No meritorious question of law is presented by the appeal book, in our opinion. The judgment is therefore affirmed, with costs. All concur.

---

SHELDON v. MOTT et al. (Supreme Court, General Term, Third Department. December 3, 1895.) Action by Susie Sheldon against Cornelia Mott and others. From an order substituting Alonzo P. Strong as attorney of record for the plaintiff in the action, in the place and stead of Frank H. Short, said Frank H. Short appeals. Frank H. Short, in pro. per. Alonzo P. Strong, substituted for plaintiff. George W. Featherstonhaugh and A. J. Dillingham, for defendants.

HERRICK, J. The power of a court, upon the request of a client, to make an order substituting one attorney for another, is undoubted. When such an order should be made upon the payment of the attorney's costs, and when it may be made without providing for such payment, is discussed in Re Prospect Avenue, 85 Hun, 257, 32 N. Y. Supp. 1013. I agree with the conclusion arrived at there, and see no occasion for indulging in any further discussion of it. That decision covers the questions raised upon this appeal. The affidavits disclose a state of facts which seem to me to be sufficient to have authorized the special term in making the order made in this case. A discussion of the facts will neither be of advantage to the cause of justice, nor for the benefit of the parties to this appeal. The order appealed from should be affirmed, with $10 costs and disbursements.

---

SHIMM, Respondent, v. EXCHANGE BROADWAY BATH CO., Limited, Appellant. (City Court of New York, General Term. October 29, 1895.) Action by Luther E. Shimm against the Exchange Broadway Bath Company, Limited. Kudlich & Finck, for appellant. Brooke & Brooke, for respondent.

McCARTHY, J. The issues of fact in this case were properly submitted to the jury, and were clear and favorable to the defendant. The verdict of the jury cannot be disturbed, and, finding no errors, judgment must therefore be affirmed, with costs. All concur.

---

In re SHIPMAN. (Supreme Court, General Term, Fourth Department. February, 1895.) Judicial settlement of the accounts of Emily C. Shipman, deceased, executrix of Azariah B. Shipman, deceased. No opinion. Motion denied, with $10 costs. See 31 N. Y. Supp. 571.

---

SIMPSON, Respondent, v. HATCH et al., Appellants. (Supreme Court, General Term, Fifth Department. June Term, 1895.) Action by Harry P. Simpson against James L. Hatch and another, impleaded, etc. No opinion. Judgment affirmed.

---

SIMPSON, Appellant, v. KLING, Respondent. (Supreme Court, General Term, First Department. October 18, 1895.) Action by Thomas Simpson against Abram Kling. No opinion. Motion to dismiss appeal granted.

---

SIMPSON, Appellant, v. KLING, Respondent. (Supreme Court, General Term, First Department. October 18, 1895.) Action by Thomas Simpson against Abram Kling. C. E. Le Barbier, for appellant. A. Kling, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

SINCLAIR et al., Respondents, v. HOLLISTER et al., Appellants. (City Court of New York, General Term. May 28, 1895.) Action by James M. Sinclair and others against Robert A. Hollister, impleaded, etc.

PER CURIAM. Judgment appealed from is affirmed, on the opinion of the general term of this court in Sinclair v. Hollister, filed December 27, 1890. See Austin v. Holland, 69 N. Y. 571. All concur.

---

SMIDT, Appellant, v. DESSAR, Respondent. (Common Pleas of New York City and County, General Term. December 2, 1895.) Action by Allan Lee Smidt against Leo C. Dessar. Motion for reargument of appeal, or for leave to appeal to the court of appeals. See 34 N. Y. Supp. 158.

PER CURIAM. The general term construed the contract without reference to any other evidence than its own contents, and this was proper, for the writing was free from ambiguity. The plaintiff was to have for trying cases before commissioners $40 per case, and defendant guarantied him two cases per week. If the plaintiff were not able to dispose of two trials per week, he could not claim a weekly payment for two cases, for he was not guarantied the fee independently of the trial. It appears that, although he had 50 cases, he was only able to finish 17 in the period of 10 weeks covered by the action, for which he had been paid. He has no claim for cases not tried. Motion denied, without costs.

---

STANDARD FERTILIZER CO. v. CLEARY. (Supreme Court, General Term, Third Department. September 27, 1895.) Action by the Standard Fertilizer Company against Edward D. Cleary. No opinion. Motion for leave to go to the court of appeals denied, with $10 costs. See 33 N. Y. Supp. 1135.